UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 14-0614 WHO (LB) |
| Plaintiff, | |
| v. | ORDER OF DETENTION |
| KAREN KRAMER, a/k/a Karen Lombardi, | |
| Defendant. | |

The court held detention hearings in this case on December 11 and 16, 2014. The charges are Conspiracy to Commit Health Care Fraud, in violation of 18 U.S.C. § 1349, and Health Care Fraud, in violation of 18 U.S.C. § 1347. Based on the parties' proffers and the information in Pretrial Services' bail study, and for the reasons stated on the record, the court ordered Ms. Kramer detained without prejudice to revisiting the issue of release. More specifically, the court found by a preponderance of the evidence that no condition or combination of conditions of release would assure Ms. Kramer's appearance based on the following facts, among others: Ms. Kramer's history of drug use; her lack of stable housing; her lack of stable employment; and arrests and convictions involving theft by false pretenses, specifically fraud and counterfeiting; and commission of new offenses while on probation. There also are issues regarding her address (although some of those may be attributable to Ms. Kramer's being homeless, at least at times). The court also is concerned that Ms. Kramer's lack of stability is

1  shown by allegations by law enforcement authorities of neglect of the minor child in her care.

2  Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

3  (1) the defendant be, and hereby is, committed to the custody of the Attorney General for
4  confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving
5  sentences or being held in custody pending appeal;

6  (2) the defendant be afforded reasonable opportunity for private consultation with her counsel; and

7  (3) on order of a court of the United States or on request of an attorney for the Government, the
8  person in charge of the corrections facility in which the defendant is confined shall deliver the
9  Defendant to an authorized Deputy United States Marshal for the purpose of any appearance in
10 connection with a court proceeding.

11 **IT IS SO ORDERED.**

12 Dated:   January 6, 2015

LAUREL BEELER
United States Magistrate Judge

DETENTION ORDER
CASE NO. 14-0614 WHO (LB)